APR 28 2023 PM4:20
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SHARONE HUBERT

_____
Plaintiff,

v.

DEPARTMENT OF CORRECTION
_____
Defendant(s).

Case No. _____

(To be supplied by the Court)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1.    Plaintiff resides at the following location: 61 long Hill Terrace

New Haven CT 06515

2.    Defendant(s) reside(s) at the following location [Attach additional sheets if more
space is required]: Capitol   Attorney General Correspondence Executive
165 Capitol Ave Suite 5000
Hartford CT 06106

3.    This action is brought pursuant to [Check all spaces that apply to the type of
claim(s) you wish to assert against the Defendant(s)]:

☑    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et
seq., for employment discrimination on the basis of race, color, religion, sex, or
national origin.  Jurisdiction is specifically conferred on this Court by 42 U.S.C. §
2000e-5(f).  Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g)
and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621,
et seq., for employment discrimination based upon age.  Jurisdiction is alleged
pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343.  Equitable and other relief is
sought under 29 U.S.C. §§ 626(b) and (c) or  §§ 633a(b) and (c).

My Year of Birth is: _1974_

☒ Reinstatement to my former position;

☒ Monetary damages (specify the type(s) of monetary damages sought): __

_____;

☐ Other (specify the nature of any additional relief sought, not otherwise

provided for on this form): _____

_____;

AND costs and attorneys' fees.

## JURY DEMAND

I hereby    DO ☒    DO NOT ☐ demand a trial by jury.

_____    _____
Original signature of attorney (if any)    **Plaintiff's Original Signature**

*Sharone Hubert*    *Sharon Hubert*
Printed Name and address    Printed Name and address

SHARONE HUBERT

61  long  Hill  Terrace  /  New HAVEN CT  06515

( )    ( ) 475-655-6323
Attorney's telephone    Plaintiff's telephone

Sheronehubert@yahoo.com    Sheronehubert@yahoo.com
Email address if available    Email address if available

Dated: 4-28-23

☐     Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343.  Equitable and other relief is sought under 29 U.S.C. § 794a.

☐     Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer.  Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f).  See 42 U.S.C. § 12117(a).  Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g).  Id.

4.     The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

    (A)    ☐    Failure to hire me.  I was refused a job on the following date(s): _____

                      _____.

    (B)    ☐    Termination of my employment.  I was terminated from my employment on the following date: <u>5-26-21</u>.
                      Force to Retire

    (C)    ☐    Failure to promote me.  I was refused a promotion on the following date(s): _____.

    (D)    ☐    Other acts as specified below: <u>Continue Retaliation</u>

Illegal Retaliation  (14) Abandonment  (16) Abandonment

(6) Amendment   Attempted Murder,  Wrongful Death

_____

_____

_____

2

9.      I filed charges with the:

☒      Equal Employment Opportunity Commission

☐      Connecticut Commission on Human Rights and Opportunities

10.     The Equal Employment Opportunity Commission issued a Notice of Right to Sue

letter **(copy attached)**, which I received on or about the following date: __1-30-23__ .

[**NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of

the Notice of Right to Sue letter for this Court to consider your claim(s).  Failure to do so

may result in delaying consideration of your claim(s).]

11.     The EEOC or the CHRO determined that there was no probable cause to believe

that  discrimination occurred.  My reasons for questioning that determination are as

follows [Attach additional sheets, if necessary]: Federal Case was still

current, Repeated retaliation was Determined

Not in employment with respondent / wrongful

illegal termination of plaintiff Plaintiff

12.     If relief is not granted, I will be irreparably denied rights secured under the law(s)

referred to in Item Number 3, above.

13.     WHEREFORE, Plaintiff(s) pray(s) that:  The Court grant such relief as may be

deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may

not be available in a particular action, you should place a check next to each form of

relief you seek.):

☐      Injunctive orders (specify the type of injunctive relief sought): _____

_____ ;

☒      Backpay;

4

5.      The conduct of the Defendant(s) was discriminatory because it was based upon: race ☒, color ☒ religion ☒, sex ☒, age ☐, national origin ☐ or disability ☐. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: _____

_____

6.      The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

Repeated Retaliation Continue Non-Stop STALKING, Harassment, Attempted Murder, Wrongful Death, Digital Rape Sodomy, Physical Assault

_____

_____

_____

_____

_____

7.      The approximate number of persons who are employed by the Defendant employer I am suing is:  500 or more

8.      The alleged discrimination occurred on or about the following date(s) or time period:  On going .

3

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _____.
                    (location)                              (date)

_____
**Plaintiff's Original Signature**

(Rev. 3/23/16)

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Boston Area Office**
15 New Dudbury St, Room 475
Boston, MA 02203
(617) 865-3670
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 01/30/2023

**To:** Sharone Hubert
61 Long Hill Terrace
New Haven, CT 06515

Charge No: 523-2023-00588

EEOC Representative and email:    Rosie Nguyen
**Investigator Support Assistant**
rosie.nguyen@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because you were not in an employment relationship with the Respondent.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 523-2023-00588.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
01/30/2023
Timothy Riera
Acting District Director

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**


**SHARONE HUBERT**

Plaintiff

V.

**DEPARTMENT OF CORRECTION**                    **April  28 ,  2023**


**WRONGFUL DEATH OF REV WALTER SIMMONS / ATTEMPTED MURDER AND**
**FRUSTRATED MURDER OF SHARONE SHINIYA DANIELS - HUBERT, PRISCILLA**
**DANIELS -SIMMONS, GIOVANNI  A DANIELS ,WILLIE  FRED DANIELS JR (FATHER)**
**GIOVANNI S BLUE, NIA SIMONE HUBERT The DANIELS AND MCDOWELL FAMILY**


**COMPLAINT**


COME NOW  Plaintiff Sharone Hubert ,by and through, is self-represented and for their cause of action against the Department Of Correction, the defendants. The state further as follows:


**INTRODUCTORY STATEMENT**


This is a civil action seeking monetary damages against the defendants The Department Of Correction, Correction Officers, Lieutenants, Captains, Wardens, Directors, and Department Of Correction Security Division,  who were and all times relevant herein, who is responsible for training and supervising correction officers who serve in the same protected class as Law enforcement. The Defendants, who were acting under their authority as Correction Officers Of The Department Of Correction,  committed a heinous

crime under the color of law that deprived the descendants and spouse of Priscilla Daniels.

Simmons's Rights to be protected from illegal conduct by the Department Of Correction, as well as due process, secured under the Constitution and law of the United States Of America, all guaranteed under the Fourteenth Amendment, state law violations under the Connecticut Wrongful Death Statute.

This civil action seeks monetary damages against the Defendant, the Department Of Correction, Correction Officers, Lieutenants, Captains, Wardens, Directors, the Department Of Corrections, and the Security Division. Who was aware of such illegal conduct, committed **Attempted murder, Reckless Endangerment, Criminal trespass, and Risk Of injury to a minor. NON - Sexual Risk Of Injury Under C. G . A 53-21 (a)** against the plaintiff, the Plaintiff Sharone Hubert, Daughter Nia Simone Hubert, who is under the age of 16, Giovanni Blue so,n who was under the age of 16, and currently under the age of 26, The Plaintiff family members 53a-49 Connecticut statute makes it illegal to attempt to commit a crime,

## JURISDICTION

This action is being brought pursuant to 42 U. S.C 1983,1985 & 1988 the Fourteenth Amendment to the United States Constitution, together with supplemental state law claims.

The court has Jurisd\iction over the action under 42 U.S.C 1983, 28 USC 1331, and 1343, This Court has jurisdiction over the supplemental state law claims pursuant to 28 U.S.C 1367 (b) 706 of title VII of civil rights Act of 1964, Title 42 United States Code 200e, Title 42 United States Code 1981, 1983,1985(3) 1986, 1988  53-189 53a -71, 53a-73a  Connecticut General Statutes 46a-60 and the common law of the State Of Connecticut.

## <u>COMPLIANCE WITH ADMINISTRATIVE PROCEDURE</u>

The Plaintiff timely filed Charges of unlawful discrimination, illegal retaliation, illegal release from duty, attempted murder, rape, Wrongful Death, protection order, non-consensual experiment, Stalking, Gang Stalking, Electronic Sex, Body Hacking, Identity Theft, Counter Surveillance, Digital Rape, Brained Cloned, Illegal Cloning, Remote Control Monitoring, Robotic, Face Altering. Repeated Retaliation. Gender Swapping, Mind Control, Assault and Battery, DNA Swapping, Human Trafficking, With the Connecticut Commission Human Rights and Opportunity Commission, Public Hearing/ Human Rights Referees, Hartford Superior Court, US State Attorney, Department Of Justice, Department Of Justice Criminal Department, State Police, Local Police, Attorney General 2021, 2022, 2023,

This Court has Jurisdiction of this controversy by virtue of 42 U.S.C 200e,1983, 28 U.S.C 1985, 1983, 28 U. S C 1331 and 1331 and 1343 the court has Jurisdiction over the supplemental state law claims under 28 U.S.C 1367 (b) the Plaintiff Sharone Hubert is a natural person who is entitled to bring this action for **Wrongful Death and Attempted Murder** under 28 U.S . C 1367(b) 53-20 cruelty to a person (a) (1  Any person who intentionally tortures, torments or cruelty or unlawfully deprives another person of necessary food, clothing, shelter or proper physical care shall be guilty of a class D felony, **53a-49** is the Connecticut statute that makes it illegal to attempt to commit a crime. An attempted crime is defined as an individual taking steps to try and break the law but failing to accomplish the objective.  **52-584 53a-189c Penal Code 187, 53a-109 53a-103 53a-63, 53-247**


**PARTIES**

The Deceased Rev Walter Simmons was 94 when his life was maliciously taken away On March 23, 2022, The Plaintiff Sharone Hubert made numerous complaints to Department Of Corrections Commissioner Angel Qurious, Department Of Correction Attorney Nancy Canney, Department Of Correction Security Division Antonio Santiago, Attorney General Colleen Valentine, begging for mercy in the name of God and Prayer for herself, Father (stepfather)  Rev Walter Simmons and mother Priscilla Daniels -Simmons. The plaintiff expressed concerns for her parents' health which was deteriorating due to the light placed on them by the  Department Of Correction staff. Plaintiff Sharone Hubert believes that Rev Walter Simmons lost mobility in his legs due to added pressure to his body, which caused inflammation to his legs, massive pressure , and illegal cloning.  It's the Plaintiff's belief that the drone strikes administered to Rev Walter Simmons caused Rev Walter Simmons to have high blood pressure,and blurred vision, causing his teeth to deteriorate, The light caused his skin to harden giving him a skeleton appearance, On November 15, 2021, the plaintiff Sharone Hubert noticed that her stepfather Rev Walter Simmons was holding his head when she was talking to him, the plaintiff looked up and discovered that a eyeball along with strong  light was entering her parents' window and placed on the living room ceiling.  Due to Rev Walter Simmons not being mobile the plaintiff could not move Rev Walter Simmons; the plaintiff heard staff talking disrespecting REV Walter Simmons calling Rev Walter Simmons  an old pervert.  The state eyeball carries sound & V2k; The Plaintiff emailed Commissioner Angel Qurious, Attorney Nancy Canney, Director Holly Darin, Director Antonio Santiago, Attorney Cynthia Jennings, Attorney Richard Gordon, and Attorney General Colleen Valentine. The plaintiff Sharone Hubert was put to sleep multiple times while trying to send the email relating to the Department Of Corrections Staff utilizing the strongest UV ray light  that should never be placed on a Human being. On February 25, and February 28, 2022, the plaintiff submitted a civilian complaint to the New Haven Police stating that the plaintiff was the subject of Human Trafficking implementing Department Of Correction Staff and Community WatchGroup; on March 22, 2022, The plaintiff observed

a green car, with a red baseball cap inside the windshield with the number **(13) on the baseball cap.** The two women in the vehicle were Latino; the plaintiff asked if they were lost.  The woman reported they were looking for address **67. 6+7 = 13 The plaintiff told the woman that the house next to hers was 67, the vehicle turned around and departed the area, bypassing 67.** On March 23, 2022, at approximately 5:30 A. M. the plaintiff, Sharone Hubert, sleep was interrupted, she felt like she was being suffocated.  The plaintiff felt breathing the eyeball compressed to her face with a tight grip.  The plaintiff heard someone state they hated her stepfather and was going to pull the plug on that old pervert.  The plaintiff Sharone Hubert has a state eyeball in her house that carries sound / V2K . Later that day the plaintiff received a message from a % worker inviting the plaintiff to her retirement party, the  flier read the end of  watch. Date of invitation 3-23-22, retirement party the following day 3-24-22. Rev Walter Simmons died on March 23, 2022. It's the plaintiff's belief REV  Walter Simmons was suffocated, Rev Walter Simmons was awake talking to his wife, Priscilla Daniels- Simmons when she left him momentarily to fix him breakfast. It's the plaintiff's belief that Rev Walter Simmons was suffocated while sleeping due to an experience she had. 2015 the plaintiff was asleep on her coach when she felt pressure to her face while sleeping. Then a bright light on her face, the plaintiff started calling for her husband in a dream and thought  she was at the back slider, she couldn't wake up, someone had place the eyeball  top of her face

The plaintiff believes that the Department Of Correction may have known Rev Walter Simmons passed that day after the plaintiff discovered that the Department Of Correction staff have been in REV Walter Simmons House for years watching the plaintiff's Parents after the Plaintiff discovered Lieutenant Cameron Norfleet in her Daughter glasses he was  watching her while she was visiting her Grandparents house. Cameron Norfleet was a Lieutenant at Cheshire Correction; he is currently retired. Cameron Norfleet have a drone with a eyeball attached and have been seen with a drone with a eyeball attached to it, Cameron Norfleet is also a real estate agent with access to recording properties,


### REV WALTER SIMMONS

Rev Walter Simmons Passed away March 23, 2022. Date of birth August 13, 1927. Rev Walter Simmons served in the military for 29 years, ending rank as Staff Sergeant. Rev Walter Simmons was the Pastor and founder of True Vine Missionary Baptist Church, located in New Britain Connecticut. REV  Walter Simmons was faithfully and happily married to Priscilla  Daniels- Simmons. Priscilla Daniels - Simmons and the Descendants of Rev Walter Simmons have suffered severe emotional psychological damages, inconvenience, mental anguish, and loss of enjoyment of life as a result of the egregious and criminal conduct of the defendant, The deceased Rev Walter Simmons was a Victim of covert and overt harassment.

Sharone Shiniya Daniels-Hubert

1. Is an African American Woman who for all times since February **13**, 1998, was employed by the Department Of Corrections. The Plaintiff is faithfully and happily married to Etienne Hubert who was employed with the Department Of Corrections for 23 years as a Correction Officer

2. The Plaintiff has suffered severe emotional and psychological damages, inconvenience, mental anguish, and loss of enjoyment of life as a result of the egregious and criminal conduct of the defendants

3. The Plaintiff, Sharone Hubert, has been the subject of Various and numerous instances of covert harassment  attempted murder, Frustrated Murder, Digital Rape, illegal retaliatory acts, modern-day slavery, human trafficking victim, pornography, sex slave, slave, force solitude, digital rape/ forcible sexual penetration with a foreign object, illegal recording, Tampering with evidence

4. This unlawful conduct involved the Department Of Correction, employees, Correction Officers , Supervisors, hired contrcactors, the plaintiff filled a sexual harassment lawsuit, after the dismisal of the lawsuit, the plaintiff has been battered, her skin burned, her hair cut off, sodomized, her teeth knocked out, caps knocked off the tooth, bridge knocked off, face altered, brain cloned, digital rape, electronic rape, appearance changed, experimented on, eye retina hacked, cloned, stalked, 24-hour surveillance, placed in gas units, massive pressure to the plaintiff's head while on duty, off duty, vehicles totaled, dreams recorded and sold

5. At other and relevant times, the Defendants used their authority to act under the color of law at various facilities they worked to engage in various coercive sexual conduct and abusive behavior towards the plaintiff, extreme conduct, pulling on the brain, black face, darkening the skin, placing the eyeball on the  plaintiff's face,  placing the eyeball on the vagina to record the vagina, anus to record the anus, placing the eyeball in the plaintiff pants to darken  the vagina, heating up the vagina, snapping the vagina when the plaintiff  sit on  the toilet to use the bathroom, pinching the vagina, insert in the anus using a  transparent device with a soul that they remote control to latch to the plaintiff anus, if she sat on the toilet, semen smell in urine, crushing the plaintiff head  sleeping, blowing the head up like a balloon massive pressure to the plaintiff body

6. The defendants continue to use their authority under the color of law to aid in assistance from the community to remote control and illegal record, latch to the plaintiff, body hack, place their face on her face, follow her inside her home with an eyeball compressed to her head,

7. The plaintiff believes that the Community Watch group with the Aid  of Department Of Correction Staff is running an illegal Human Trafficking Program

8. The Plaintiff believes that the Community  with the Department Of Correction is associated with the **Death of Rev Walter Simmons,** following the plaintiff to New Britain to visit the plaintiff's mother Priscilla Daniels - Simmons  Due to the aggressive gang stalking, hands-on and illegal recording,

9. The plaintiff believes that the movement of her brain could be felt, inside her head, by people from the community that the plaintiff has found on her face. The plaintiff was able to pull up each individual using a face app. using the app Gail Fisher, Gail Fisher's Daughter, Erica Reshad, Charleene Brown, Madison Brown, Erica Reshad's son, Correction Officer Rosalyn Williams, Correction Officer Carol Outlaw, Lieutenant Harris, Deputy Warden Viger, Warden Viger Wife, Retired Mitchelle Shelton, Marquis Rashad, Lieutenant Marquise Rashad, Sister Natalie Graham Simmons.

10. The plaintiff believes that her brain is connected to a computer, that allows her face to be changed

11. It's the plaintiff's belief that the Department Of Correction Agent, administrator, and Community Watch group may be using a product called Death Sprinkle/ **Jadenu on the gum line, eyes of the clone,**

## THE DEFENDANT STATE OF CONNECTICUT DEPARTMENT OF CORRECTION

1. Is a cabinet-level agency that is charged with the responsibility to confine and control accused and sentenced offenders in correctional institutions centers and units and administrators, medical, mental health treatment, rehabilitation, and community-based service programs, the Department Of Correction have more than 500 officers and civilians employees statewide and confirms compliancewith federal and state laws concerning sexual harassment antidiscrimination and retaliation laws and regulations.

2. The Defendant by and through its employee supervisors officials and representatives has maintained an extremely continuously hostile environment` `with sexual relations between employees commonplace

3. The plaintiff complained of illegal conduct by the Department Of Corrections Commissioner, Human Resource, State Police, Local Police Department, U.S State Attorney, Attorney General, Local Police  Feds, **attempted murder, frustrated Murder, Sexual Assualt, Digital Rape, Child Pornography, Body Hacking, Illegal recording, Predatory behavior, brain hacking, human trafficking, cloning, pulling teeth out, DNA Swapping, soul snatching, home invasion, Drone Strikes.**

4. **The Department Of Correction was made aware through emails, Mail correspondence, incident reports, and police reports of the repeated illegal behavior of the defendant .**

5. **On information and belief that defendant employees, supervisors acted under the color of law performing sodomy, digital rape, electronic sex, holding the complaint in captivity, altering the complaint face, placing the complaint in chemicals units while on duty as a correction officer.**

6. On information and belief on 6-5-20, Warden Bryan Viger acted under the color of law the plaintiff Sharone Hubert at approximately 9:00 A.M, was driving on Whalley Ave New

Haven, CT, when she observed Warden Viger behind her vehicle driving a gray car that appeared to be a gray honda civic. Warden Viger was wearing a flannel long-sleeve shirt and a  medical mask. Warden Viger positioned a light above the plaintiff's car, the light was in front of the plaintiff and positioned the plaintiff's head, causing an assault,  a sexual assault, pressure was added to the head, and the plaintiff then felt Warden Viger's penis compressed against her vagina, it's the plaintiff belief that due to a magnetic pulse hold the plaintiff vagina open and the act of sex commenced. The plaintiff Sharone Hubert was wearing a red short dress. Warden Viger was the Warden at New Haven Jail  the location of his employment gave him access to the Plaintiff, who lives in New Haven, CT,

7. On information and belief that the plaintiff 7-24-2020 was working at Uconn Hospital as a Correction Officer on a Covid unit, the plaintiff took a morning break, while she was walking, the plaintiff felt a insert in her vagina, and the plaintiff lift her hands in the air informing the cameras she was feeling pressure to her head, the plaintiff return to her unit,  the plaintiff observed a Dr place a blue medical glove in front of her, It's the plaintiff belief that the Dr appeared to be staging so that that the plaintiff could be found, A few seconds later the plaintiff felt massive pressure to her head, The Plaintiff was hit with a burst of electricity to her head causing her to fall asleep while on duty. The plaintiff woke up to the feeling of sex the plaintiff heard Warden Viger talking and Correction Officer Michelle Shelton talking, the plaintiff had to place a dental box in her underwear to stop the penetration, after correction officer Adorno arrived the plaintiff went to the bathroom cut the lights out and felt someone touch her on her shoulder, the plaintiff cut the lights back on and saw that there was blood and semen in her underwear. The plaintiff asked her supervisor can she go home, The plaintiff went to Saint Francis Emergency Room a rape exam was performed. Semen was found , and the pregnancy test came back positive. It's the belief that Correction Officer Shelton and Warden Viger  were under her, using a magnetic Pulse hold.

8. On information and belief that Warden Viger and Correction Officer Mitchelle Shelton acted under the color of law. Causing physical harm to the plaintiff

9. On information and belief that Department Of Correction Staff took turns performing sexual acts on the plaintiff after Attorney Cynthia Jennings informed the Department Of Correction that the Plaintiff Sharone Hubert's life was in danger, requesting that the Defendants be placed on Administration leave,

10. Information and belief that the Department Of Corrections  Deputy Warden Bryan Viger year  2018 flew an aerial drone to the plaintiff's house, found her in the kitchen and begin adding massive pressure to the plaintiff's head, the plaintiff's heart started beating fast, Deputy Warden Viger could be heard saying to the Plaintiff "hold on D ". It's the  plaintiff's belief that it was Deputy Warden Viger because he was the only administrative at Cheshire Correction that called her Mrs. D.,, Deputy warden Viger was on the line as a correction officer and worked with the Plaintiff at Hartford Corrections and was very familiar with the plaintiff. It's the plaintiff's belief that Deputy Warden Viger was trying to connect Correction Officer Mitchelle Shelton to me and needed her heart rate. Deputy Warden Viger acted under the color of law, causing physical harm to the plaintiff, an act that could have resulted in death.

11. On information and belief That Deputy Warden Viger caused the plaintiff to be V2k,
12. On information and belief that after the plaintiff reported to the State Police that the Department Of Correction staff from Cheshire Correction was flying a Aerial drone to her home busting her in her head, chest and vagina causing physical pain, Deputy Warden Viger after Hubert one federal case was Dismissed with  Department Of Correction Staff, Directors Wardens , New Haven police, Fire  Department, Community Watch Group Staged a simulated drill at the plaintiff  house it's the plaintiff belief to revenge the plaintiff for filing a sexual harassment lawsuit, a delay in filing Hubert 2 lawsuit where the Defendants would of been sued in their own Capacity, to discredit the plaintiff, so that a certain drug he needed can be placed in the plaintiff arm,On 5-9-2018 The Voice of Deputy Warden Green greeted the plaintiff in the bathroom, the voice of Deputy Warden Green pretended to be happy that the plaintiff could hear at very low frequency, the voice of Deputy Warden Green pretended to call Warden Black who was  Correction Officer Mitchelle Shelton, who stated she had just arrived to work, Correction Officer bebe pretended and Deputy Warden Green stated to the plaintiff "Congradulations Mrs Hubert your the richest woman in Connecticut" Deputy Warden Viger pretended that someone had broken into the house, using drones that carry sound and the plaintiff husband friend Tom knox as the person who was suppose to come inside the house and kill the plaintiff. Deputy Warden Viger pretended he killed Tom Knox, causing the plaintiff to go into the basement with her daughter. It was believable to the plaintiff because Tom Knox did rent from the plaintiff's husband and may have had a key to enter the residence. The plaintiff went outside to stop the school bus that was from her daughter's school and asked if he could call the police. Someone may have broken into her home and died. She didn't go upstairs to check, The bus driver reported that 911 was already called. When the plaintiff tried to explain to the police what happened she was placed on a stretcher, while lying on the stretcher, then plaintiff notice the neighbor, a white male lift his hat to the bus driver, the same way the that Correctional Lieutenants, Corrections Officers did when they passed her at work, the plaintiff saw the neighbor Charleen Brown walk over to the guy holding her chest, a police officer walk to the plaintiff front door and take a note off the mailbox, the plaintiff saw a man that appeared to be italian walk up to her house turnaround place something above her mailbox and walk away, the plaintiff saw a white two door honda drive up her street the plaintiff friend Tom Knox had or have a white honda car, Deputy Warden Viger pretend that Tom Knox was going to kill the plaintiff. While driving in the ambulance Deputy Warden Viger pretended he was going to flip the ambulance over ,Deputy Warden Viger put the driver to sleep at the traffic light. When the plaintiff arrived at the hospital the police officer checked the plaintiff in, there appeared to be bags of Cocaine on the stretcher, the plaintiff was placed in a room, the plaintiff refused an evaluation so no diagnostic was given. The plaintiff was awakened by a woman's voice that said " you were my toughest candidate". The woman told her to slide down and not to inhale the  Cocaine on the stretcher, the person was pretending to be  Director Kim Weir.  When the plaintiff got up to use the bathroom the plaintiff saw Correction Officer Mitchelle Shelton sitting on a bed with her legs crossed in an Indian position. Correction Officer Mitchelle Shelton Was wearing a black tee shirt, BDU pants her hair up in a ponytail and holding a device to her mouth.The plaintiff was moved

upstairs to the mental intake unit, The noticed an unknown male from the district wearing a Department Of Correction District Vest. The plaintiff was stripped naked and dehumanized, the plaintiff was newly V2k and weak. The plaintiff was placed in a room with a woman who masturbate, the plaintiff was not given a diagnosis or given a mental evaluation, the police reported a brief paranoid, The plaintiff started feeling drone strikes while in the hospital and had to fake a heart attack so she can be moved to another floor, Deputy warden Viger found the plaintiff on the second floor and started playing war games again. Deputy Warden Viger pretended that security and the Deputy Commissioner was coming to kill the plaintiff. Deputy Viger began to drone strike the nurse causing her ears to turn bright red, Deputy Warden Viger pretended that the security guard was killed, and blood was in the plaintiff's bag. Correction Officer Mitchelle Shelton gave the plaintiff an eye infection and wanted her to remove her contact lens, Deputy Warden Viger pretended Warden Erfe was coming to save the plaintiff and got stuck in the ceiling. Deputy Warden Viger caused the plaintiff to be four pointed chains to a bed, medicated, and put to sleep. Correction Officer Denise Burns or the Voice of Denise Burns, spoke to the plaintiff in V2K , and taught the plaintiff how to breathe and respond back. Lieutenant Mccarthy played the character of Danielle and told the plaintiff to eat a turkey sandwich and nothing else, Captain Watson pretended to be the KKK and told the Plaintiff that when she won her lawsuit that she had to purchase him two red Cadillac trucks.  The plaintiff was placed on one where a nurse had to watch her and take notes. When the plaintiff return to back to the top floor, the plaintiff was told it was a Sandra Bland room, Deputy Warden Viger Found the plaintiff in an isolated room without a camera, Deputy Warden Viger woke up the plaintiff and told the plaintiff, "Get off that nasty mattress," and to slide down. The plaintiff could not visually see Warden Viger The plaintiff heard him talking.  The plaintiff started to color in a coloring book and was told by Deputy Warden Viger to put down the coloring book that she look retired coloring in a child's coloring book. The plaintiff started reading T. D Jakes's book and could Deputy Warden Viiger in her head reading the book to her. The plaintiff went to sleep and woke up to Deputy Warden Viger talking to Correction Officer Richie Johnson, Correction Officer Richie Johnson is Jamaican so no one can mimic his voice, the conversation was about Michelle Shelton, Deputy Warden Viger wanted to know if Warden Erfe and Officer Shelton was in a relationship, Deputy Warden  Viger talked about Warden Erfe visiting Officer Shelton off duty, the Warden stating she didn't smell good.  Deputy Warden  Viger talked about Warden Erfe crying a lot in the car. It's the plaintiff's belief that Deputy Warden Viger was trying to get information,  The plaintiff rolled over and saw the neighbor  Gail Fisher who works at the New Britain Court son Otis as a janitor on a mental unit, wearing white headphones pushing a trash can, there were no cameras in the room. Deputy Warden Viger told the plaintiff she was going down south, and she had a new house. The plaintiff's brother  Giovanni Daniels came to the hospital to visit the plaintiff's brother for 1000 dollars the plaintiff's brother gave the plaintiff cash.

13. On information that Correction Officer Mitchelle Shelton, Deputy Warden Viger, Lieutenant Mccarthy, Correction Officer Dennis Burns, and Captain Watson acted in the color of law. False imprisonment, kidnapping, hostage, dehumanization, non-consensual experimentation, brain hacking New human rights that would protect people from having

their thoughts and other brain information stolen, abused or hacked have been proposed by researchers.

14. The move is a response to the rapid advances being made with technologies that read or alter brain activity and which many expect to bring enormous benefits to people's lives in the coming years.

15. Much of the technology has been developed for hospitals to diagnose or treat medical conditions, but some of the tools – such as brainwave monitoring devices that allow people to play video games with their minds, or brain stimulators that claim to boost mental performance

16. On information and belief that the plaintiff's 14th Amendment right, 16 Amendment right, and six Amendment right has been violated .

17. On information and belief, right after the Plaintiff was released from the hospital  the plaintiff was contacted by lieutenant David   Santropitro on her house phone. The plaintiff was informed by David Santrpitro that he was not going to meet Correction Officer Carol Outlaw at Raymour and Flanigan and that she had a 5000 credit on the state account. The plaintiff was told that she was moving, there was no need for Lieutenant David Santropitro to contact the plaintiff because the plaintiff was on paid Administrative leave , the plaintiff administrative leave had nothing to do with Raymour and flanigan  the plaintiff went to Raymour  and Flanigan and found out that the lieutenant David Santropitro had lied it's the plaintiff belief lure and bait. The plaintiff started feeling massive pressure on her head while she was in her house and had to flee to a ; local Hotel. The plaintiff was followed when she left her house and experienced massive drone strikes pressure to head while driving she  ended up getting lost hear a reservoir , the plaintiff saw a white male following her driving what appeared to be an administration car the driver saw a white car and turned around. The plaintiff experienced pressure to the head, and discovered a drone was following her, someone using her nephew John  Jenkins voice NFL football Nose tackle then turning into Correction Officer Candice Little that helped the plaintiff find her way back to Connecticut, The plaintiff was followed to the Marriott Hotel  Hartford CT. When the plaintiff arrived at the hotel,, she was knocked out, and she heard a voice that was Deputy Warden Viger saying, "Do what we do, Lieutenant Santropietro. The plaintiff was shown images of Warden Erfe in her eyes pretending to be the voice of Warden Erfe, a voice that sounded like Correction Officer Saint Pier said, " Hi, I'm Scott Erfe". The plaintiff woke up and her underwear was turned inside out with discharge. The plaintiff was knocked out again. The plaintiff woke up and realized that she left a bag  in her

vehicle and returned to her room to be knocked out again the plaintiff woke up to the smell of medicine and a male voice saying up and down, she felt like someone was under her pulling up and down, the feeling of sex, Correction Officer Outlaw drone was outside her room window Correction Officer Mitchelle drone or community watch group Mrs brown drone was outside the room window on the street. The plaintiff now believes she was knocked out for a couple of days.

18. On information that Lieutenant David Santropietro, Deputy Warden Viger, Correction Officer Carol Outlaw, and Correction Officer Mitchelle Shelton Acted under the color of law, kidnapping, held against the plaintiff will, human trafficking, stalking, sexual assault

19. On information that Carol Outlaw, Correction Officer Mitchelle Shelton, Deputy Warden Bryan Viger, David Santropietro other Department Of Correction Staff acted under the code of color on 5-26-18

20. On information that Carol Outlaw and other Department Of Corrections Staff followed the plaintiff to the Homewood Suites hotel, the hit the plaintiff in the head multiple times, hit the plaintiff in the chest, and vagina, causing her to bleed out her mouth the plaintiff had to call the Farmington police, due to the physical assault and light in the hotel room window.

21. On information and Belief, Warden Viger pulled off the plaintiff's bumper on Highway I-84, placing other people's life in danger.

22. On information and belief that Correction Officer Outlaw and Correction Officer Denise Burns acting under the color law helped create the plaintiff clone,

23. On information and belief, the Correction Officer and Correctional Officer Denise Burns were together in an isolated area. The complaint was at home when both correction officers started counting the plaintiff's blood clots that were dropping in the toilet after the Marriott, "One, two, three, four, there goes another one, Officer Hubert."

24. On information and belief, Carol Outlaw was humping the plaintiff with a pink Dildo while on duty, Correction Officer Carol Outlaw was acting under the law of color while on duty and is familiar with directive 2.2 sexual harassment, 2.22 workplace violence

25. On information and belief, Correction Officer Carol Outlaw took the clone nose of the plaintiff Sharone Hubert and placed the nose in her work boot, interrupting her dreams. The plaintiff was sleeping calls for Correction Officer Shelton, in her dream, not aloud Correction Officer Mitchelle Shelton, hears the plaintiff and tells Outlaw to take the nose out of her work boot. On information and belief, Correction Officer Carol Outlaw and

Correction Officer Mitchell Shelton were acting under the law of color when the Correction Officer tried to suffocate the plaintiff while sleeping.

26. On information and belief, Corrections Officer Rosalyn Williams and Correction Officer Santos - Staples both simulated coming to the plaintiff's house using drones that carry sound, the plaintiff could hear the sounds, it appeared that both individuals were really present, they were on electronic magnetic frequency. Correction Officer Rosealyn Williams pretended that her son Kaleo Hubert was supposed to kill his stepmother, the plaintiff Sharone Hubert became very afraid and proceeded to kick the back door to scare off anyone that was there. Correction Officer Rosalyn Williams pretended that her son threw up on the back porch. Correctional Counselor Erica Rashad simulated going after Correction Officer Rosalyn Williams with her gun/ scaring Correction Officer Rosalyn Williams out of the neighborhood through the plaintiff's backyard. Counselor Erica Rashad simulated going after Mrs. Brown going to her house and, putting a gun to her head, roughing her up. The virtual reality game is a 3 dimensional realistic, that caused fear and anxiety in the plaintiff, On information and belief, Correctional Officer Rosalyn Williams and Correction Officer Santos Staples were acting in the color of law,

27. Correction Officer Rosalyn Williams with other Correction Officers would play a virtual reality game of issuing the plaintiff extreme pain, squeezing the plaintiff's stomach, squeezing the feet, drone strikes to the head and burning off the Plaintiff's eyebrows, placing the eyeball on the plaintiff's mouth burning the plaintiff's mouth, compressing her vagina against the vagina, changing the plaintiff a face trying to compress the soul out the plaintiff body, making a dark mark on the plaintiff's forehead, **changing the plaintiff color of skin, pulling the teeth out the plaintiff's mouth, V2k the plaintiff mother Priscilla Daniels-Simmons. Vagina taste in the plaintiff's mouth DNA SWAPPING,**

**28.** On information and belief that the plaintiff Sharone hubert was drone stricken in her head over 15 million times, massive pressure to the plaintiff's body causing the plaintiff to bleed out,

29. On information and belief that Department Of correction staff added over what felt like to the plaintiff 1000 watts of electricity, causing extreme pain bleed outs from the anus

30. On information and belief that Correction Officer Whitted reported to the plaintiff that a white male who is a Correction Officer at YorkCI / Connecticut women's prison State someone was going to kill that bicth.

31. On information and belief that Correction Officer Whitted reported that he was told to say that by the Administration.

32. On information and belief, Warden Bryan Viger hit the plaintiff in the mouth with a massive amount of electricity while driving through Woodbridge, CT. Warden Viger was acting under the code of color, the plaintiff Warden was Ned Mccormick from district one, and Warden Bryan Viger belonged to district two.

33. On information and belief, Lieutenant Boyd gave the plaintiff a flutter to the heart while driving through Woodbridge, CT, after the plaintiff discovered a drone following her, the plaintiff put up her middle finger, the plaintiff did not know that her supervisor was on the drone, the plaintiff was in a isolated area and would not had disrespected municipal.

34. On information that the Plaintiff was placed on a government watchlist, fusion center

35. On information that the community watch group is running an illegal gang stalking program and human trafficking with the Department Of Correction

36. On information and belief, the community watch group was given access to the plaintiff's brain to see what she sees, even the complaint's dreams. The complaint woke up to someone panning on her eye while she slept,

37. On information and belief that the community watch group was issued soft kill equipment to cause the plaintiff physical harm,

38. On information and belief,, the complaint went into her closet, and an unknown voice said out loud," I finally got yo ass".

39. On information and belief, the Department Of Correction is trying to kill the plaintiff, who hired contractors to kill her from the inside out, by placing the plaintiff on a government watchlist, issuing agents, contractors Department of Correction Staff soft kill equipment

40. On information and belief that the plaintiff Sharone Hubert was sent for a fit for duty by her employer Department Of Correction. The plaintiff stayed at the Goodwin Hotel in Glastonbury, CT October 15, 2017, and October 16, 2017, so she wouldn't be late. The plaintiff after checking in left to go get something to eat when the plaintiff return back to the room, the plaintiff smelled cologne and found a hair bobby pin on the floor under the blanket was a pink pair of underwear under the cover that was a filthy the thong belong to the plaintiff that went missing from her home, the plaintiff decided to sleep at the foot of the bed, each time the plaintiff got up to use the bathroom someone from the other room followed the plaintiff in the room next to her, the plaintiff felt massive radiation to her bottom torso When the plaintiff woke to use the bathroom the plaintiff had a bowel

movement the plaintiff bowls filled the entire toilet bowl, her bowel movement was black and charcoal. The plaintiff's cell phone was cut off. The plaintiff's cell phone cut on by itself, the plaintiff pretended to leave the room by opening and shutting the hotel room door,  after the plaintiff pretended to leave, the plaintiff saw a man that looked like Bryan Viger with a woman with blond hair.

41. On information and belief, the plaintiff drove to  Springfield, Massachusetts, and stayed at the Sheraton hotel, multiple drones followed the plaintiff, while the plaintiff was asleep, someone woke the plaintiff up with what appeared to be a person pointing a semi-automatic,  through the wall. The plaintiff said yes and woke up. The plaintiff couldn't see but heard a familiar voice. The person started crying,  they told the plaintiff that they love her:" Get your ass up and get out of here. The plaintiff believed it to be her Warden, Scott Erfe, the plaintiff said, "I love you to". Then I left the hotel. The Day prior to that two familiar voices could be heard, Deputy Warden Davis and Captain Nunez holding a conversation, Deputy Warden Davis Walked her downstairs to the hotel bar with his eyeball behind the plaintiff, The plaintiff did not hold a conversation, she knew his present was there, the plaintiff order fries and fish, Deputy Warden tod the plaintiff to eat around the fish, not the middle, the plaintiff finish eating. What's ironic about the entire situation is the plaintiff had no thought process after hearing the Deputy Warden's voice that would have questioned why he was there, the plaintiff didn't know when she returned to the hotel room, or on her ride back home **AM I HUMAN OR ROBOTIC.**

42. **Over 15 million drone strikes to my head and massive pressure to my body, six years without drinking water, and I still bleed. My memory is not deleted, nor is it downloaded to a machine releasing information for a day-to-day survival tool. My day consists of a long light, many body hackers trying to take over, electrical shocks a black molecule that flies over my head/ placed on my head and my face blinding my vision, bones that feel like metal under my face, sinking eye sockets. No help from the police no help from the government, am I now what is called a Niger, I haven't read a book in over 13 yrs , my thoughts could heard and often repeated back to me, I cant pray to God, I feed people, people eat from me, senior citizens are connected to me, I can feel someone in my mouth, talking out my mouth, pulling my gums into the root of my mouth, burping , coughing out my mouth, the community watch group consist of people connecting to my body, my mother,  brothers and son body.**

43. On information on what the plaintiff Sharone Hubert knows to be true, known to be true and observed, My brother Giovanni A Daniels is now a victim of organized stalking human trafficking. My brother Giovanni A Daniels returned from a trip as I watched him walk into his house, I observed someone connected to him he could barely walk he was breathing hard, and his skin is light it was red and flush with color while speaking in church, I heard another person talking out his mouth while sitting in the church office I observed his brain being pulled out his forehead, while outside talking to My cousin James Bond I observed both of their noses spread across their face. When he came to my house to talk to my daughter Nia Hubert, his shoulder was up high. That caught my attention. The 3rd shift correction officer at Cheshire CI would try to pull my arm out of the socket each night, with added pressure. It's my belief the brother is V2k. When I went to visit my brother, the city or contractors were cutting down trees, by his house and digging. New Haven followed me there. A car parked on Fountain ST was seen on the street over-parked. When I returned to New Haven, the same car had returned.

44. On information and what I know to be true a woman who I don't know entered Bank of America and said to me, "You may not be your brother".

45. On information and what I know to be true, my mother is now a victim and has been a victim of organized stalking, while driving it's my belief that a drone flatten her tire, I Sharone Hubert, the plaintiff, was driving when Warden Viger started to flatten my tire and put me to sleep when I looked in my rearview window a state police officer was a few cars behind me, my vehicle swerved from lane to lane. While visiting my mother, the light was placed on ,my mother's car killing her battery, while visiting my mother Priscilla we went for a ride. The light was placed on my mother, roasting her skin and compressing her eye, turning her eye black. While visiting my mother the pulling on her face starts, nose pulling, pressure to her body making it hard for her to walk, a white male was seen on my mother ring camera the background showed a Cheshire CI inmate courtyard. While making a wellness check at my mother's house when she opened the door , a heavy breathing sound could be heard , as if a person was wearing a gas mask. The image was black, when the plaintiff stayed the night and slept in the bedroom up stairs something fell off my body, a hard drop, when I moved to my niece's room I opened my eyes to something breathing hard. I switched positions and ignored the sound. In 2017 digging on my mother street started. My mother may have a magnetic drop like I believe I do.

46. On what I believe to be true, after my brother Willie Fred Daniels left Connecticut and returned to Texas my brother took a picture with his grandson he looked like my neighbor, it's my belief my neighbor, the community watched group, followed him back to Texas.

47. On information and what I believe to be true, Department Of corrections staff, along with the community watch group, have access to my entire family from face change, v2k, going through her eyes at night to erase her dreams or looking for pertinent information

48. On information, Captain Newton asked the plaintiff's husband how Sharon was doing then stated, "I'm sorry for what she is going through, but she caused it herself.

49. On information that the complaint was released from duty for reporting that Warden Viger had assaulted her, reported to law enforcement what she believed to be the truth, and was told by the security division no one believes you, was issued a termination letter with the same date the assault occurred on.

50. On information that the Department Of Correction staff deliberately disregarded REV Walter Simmons as a man of God a veteran a senior citizen over 90, disregarded his medical needs Department of Correction staff intentionally, malicious recklessly, oppress and callously disregarded Rev Walter Simmons as a Human being

### Count One

Subjecting the plaintiff to to embarrassing and dehumanizing conditions, Sending the plaintiff to have several psychological evaluations for reporting stalking, droning the complaint over 15 million times or more, Accusing the plaintiff of being mentally impaired and delusional, Wrongful Death of Rev Walter Simmons/ **Attempted murder, Frustrated Murder** of Sharone Shiniya Daniels (family)

### Count Two

Loss of Consortium against the defendants The Department Of Correction, employees and supervisors, wardens Directors caused severe and emotional injuries to the complaint by their unlawful treatment. The Department of Correction acted under the color of law

The complaint received serious injuries from the defendants and the community, changing the complaint's face, roasting the Plaintiff's hair, cutting placing an eyeball on

the plaintiff's head, placing the recording eyeball on the entire face of the plaintiff, placing the eyeball on the back of the play plaintiffs when the plaintiff sleep at night. Destroying the plaintiff's marriage by placing their face on the plaintiff's face while the plaintiff makes love to her spouse, latching to the plaintiff while the plaintiff has sex with her husband, talking out the plaintiff's mouth while the plaintiff is in her intimate moments with her husband, placing the eyeball on the husband penis making the husband masturbate, placing a male face on the plaintiff while the plaintiff is intimate with her spouse, in the plaintiff eyes while the plaintiff put a condom on her husband

As a result of the Defendant's unlawful conduct, the plaintiff has suffered damages that as a result of the defendant's unlawful conduct, the complaint has been deprived of increased income, forced out of work, made to retire on a smaller pension

As a result of the unlawful conduct of the defendant, the complaint have been deprived of love companionship, affection and society sexual relation, comfort, support, and solace

As a direct proximate result of said unlawful conduct, the plaintiff suffered and continues to suffer losses and damages that losses suffered by the complaint derive from injuries by the hands of the defendants

As a direct proximate result of said unlawful conduct, the planned career to be a police officer

## Count three Sexual Harassment Against Governor  Ned Lamont, the Department Of Correction City Of New Haven

Although Governor Ned Lamont is not responsible for the illegal conduct of the Department Of Correction nor the City of New Haven, this harassment is **BARBARIC**

## I AM HUMAN ,MY LIFE AND MY FAMILY LIFE IS JUST AS IMPORTANT AS THE GOVERNOR OF THIS STATE>

**It's a recording eyeball , it records myself and my family naked in my bathroom, It's a recording eyeball it's in my bathroom placed in my toilet it record my vagina my anus, it's a recording eyeball it records me on my period, my daughter is under 16 my daughter have a period, it's a recording eyeball it record me nude in my shower, my daughter naked in the shower,**

**it's a recording eyeball that records my husband on the toilet, it records my husband masturbating in the bathroom, its placed on my husband penis when we have sex, it's a recording eyeball my pap smear exams are recorded, it records my dental exams, who are getting the images, who are downloading the images, the eyeball and the light is destroying my face my hair has been roasted off,**

### Count noticed illegal conduct

The complaint is forced to endure unlawful conduct from the Defendant, altering the plaintiff's face, latching people to the complaint, and connecting the plaintiff's brain to a computer. After receiving a right-to-sue holding EEOC dated January 30, 202, and January 31, 2023, the plaintiff Sharone Hubert's tooth was knocked on the Birthday of (Deceased )Correctional Stacy Anderson King,  Death Date of Ruby May Mcdowell 1-31-2018, February 8, they killed the plaintiff bird  February 17, 2023, after Federal Judge Bolden dismissed the case with prejudice February 19 , 2023, they killed another bird, March 23, 2023, the plaintiff bridge was knocked out four days before a scheduled remote hearing with Attorney General  Colleen Valentine. The plaintiff is receiving massive strikes to the head and an eyeball placed on the plaintiff's face roasting and shrinking her head compressed while sleeping, placing a knot in the plaintiff's stomach, multiple people latching to her body and the daughter's body,

### Count Five Battery against the Defendant The Department Of Correction

Drone strikes, over 15 million hits to the head and body. Digital rape, teeth knocked out, broken like REv Walter Simmons, chipped lower bottom, knocked down, shrinking head radiation, hair roasted off the head, put sleep over 800 times since 5-26-2018. Placing the eyeball on the plaintiff's head while sleeping, snapping the complaint's vagina, wrapping light around the plaintiff's face, penis in the throat of the plaintiff while sleeping 4-9-23 Easter Sunday, woke up to massive pressure to head, followed to church, large lump in gum of mouth to protrude out the lips, pressure on the head in Priscilla Daniels-Simmons house, plaintiff got sick, 4+9=13 followed to North Haven CT Red Lobster , 4-28-23   4-27-23 plaintiff noticed house was fill white Powdered the plaintiff noticed a global surrounding as the plaintiff walk around the sky appear to be moving

adding pressure to the plaintiff body. The plaintiff was put to sleep multiple times in one day while sitting up. 4-28-23 Plaintiff woke up to massive pressure to her head the plaintiff had to cut the power to her off multiple times to try to release the hold, the plaintiff noticed that the eyeball or a unknown device is wrapped around her head and face, the plaintiff notice the her face and head was shrinking, when the plaintiff placed a blanket over her head a unknown air craft flew over the house, the her cell phone rung showing spam, the plaintiff could feel her top teeth being pulled out her gum, the skeleton pulling apart, the plaintiff had to pull on her hair to release the hold, teeth pulling 4-23-23 the plaintiff bridge was knocked off, four days before the plaintiff remote hearing IT's the plaintiff belief that the order for battery such as sodomy, pressure to the head dark skin, pulling on teeth is coming from a high ranking person in the State Of Connecticut, Correction Officer Nichols was bust in the head while picking up her baby from kidco daycare newinton CT is deceased, Correction Officer Nichcols was African female, A African American Lieutenant who worked at Cheshire CI Prison was in the barber shop using the bathroom while her son was getting his hair cut, she was busted in the head ,she was found dead in the barber Shop bathroom, Stacy Anderson King a african american female Died in her sleep she had a knot in the back of her head, Federal Attorney Richard Gordon client was shot in the head while sitting in her car, Correction Officer Sean Lawlor who worked at Cheshire CI was found dead at the Homewood Suites Hotel, Correction Officer Nicholas Dagile was found dead he didn't wake up, Deputy Warden Andrew Iweka was found dead at his residence he went to sleep and never woke up, Raymond Rodriguez worked at Uconn was followed out of state after he retired by a eyeball he is now deceased. Sharone Hubert went to a hotel knocked out put to sleep, the plaintiff woke up, Rev Walter Simmons was driving with his children in the car was put to sleep while driving woke up in a pole.

The plaintiff is HIV negative, and the community and Department of Correction employee is using something that connects to the plaintiff's mouth, such as their vagina,

**Count Six**

Human Trafficking / false imprisonment

Attorney General Colleen B. Valentine

165 Capitol Ave Suite 5000

Hartford CT 06106

860-808-5340                                    Sharone Hubert

                                                61 Long Hill Terrace

                                                New Haven CT 06515

                                                475-655-6323

Sharone Hubert

**Certification**

I  Sharone Hubert on this day, April 28, 2023, certify that acopys of the original paperwork was filed with the United States District Court For The District Of Connecticut. The foregoing information will be mailed or sent through the electronic filing system

Colleen Valentine
165 Capital Ave suite 5000
Hartford CT 06106 Hartford CT

By:  Sharone  Hubert
61 long Hill Terrace
New Haven CT 06515

**Sharone Hubert**

**Vs**

**Department Of Correction**

**April 28, 2023**

## STATEMENT IN THE AMOUNT IN DEMAND

In the amount pleasing to GOD/ PRAYER FROM THE COURT

Sharone Hubert

61 long hill terrace
New Haven ct -06515
475-655-6323



EXHIBIT (1)

KEN WATTE SIMMONS



←    🔍 sharone daniels hubert    ✕

**All**    **Posts**    **People**    **Groups**    **Events**

*EXHIBIT 2*
*REV WALTER SIMMONS*
*PRESCILLA SIMMONS*



👍 You and Earline Joseph

 Like     Comment     Share

 **Sharone Daniels-Hubert**
Feb 25, 2021 · 👥

Drone strikes to head all day, electricity to bo
pressure to body. Latching to face,chatter bo
[OBJ] talking through the and blue square and
eyeball, threats, followed by a drone with a lig

EXHIBIT ③

REV. WALTER SIMMONS HOUSE











Back  **IMG_0516.PNG**    EXHIBIT ⑨

LIGHT IN PLAINTIFF BATHROOM



Back   **IMG_4538.JPG**    EXHIBIT ⑩ LIGHT AT DEPARTMENT OF CORR



Back   IMG_4783.jpeg

EXHIBIT (1) LIGHT ON DAUGHTER NIA HUBERT UNDER 16 YRS OLD



Back   IMG_6430.jpeg

EXHIBIT (12)   DEPARTMENT OF CORRECTION LIGHT



Back IMG_4544.JPG

EXHIBIT ⑬ DEPARTMENT OF CORRECTION LIGHT



EXHIBIT (14) TOOTH KNOCKED OUT PLAINTIFF



Back  Screenshot_20230323-193701_Gallery.jpg

EXHIBIT (18) TOOTH RUCLAUT BROKER PLAINTIFF



Back  IMG_5655.jpeg

EXHIBIT (16)   STAGE ACCIDENT

A



Back  IMG_5792.PNG







Back **IMG_5719.PNG**










Back  IMG_5654.jpeg



EXHIBIT (16)



E





**10:52**

◄ Search

‹                        **August 28**                        Edit
                          4:09 PM

 LIVE

EXHIBIT 17    PLAINTIFF Ultra Sound



EXIBIT (8)



EXHIBIT (19) PLAINTIFF SKELETON AWARE
A DROP WAS DONE ON HER AT HOMEWOOD SUITES
FARMINGTON CT LIGHT PLACED ON BODY

Done                    20 of 21

10:15 AM    AT&T



## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SHARONE HUBERT

Plaintiff

V.

DEPARTMENT OF CORRECTIONS etal..
Defendants

No. 3:19CV01323(VAB)

## MOTION FOR PROTICTIVE ORDER CASE 3;19CV1323(VAB)

I Sharone Hubert make a request to the court for protection/protective order. Preventing and disclousing certan information that peratains to case 3:19CV01323 (VAB). To cease harassment utilzing **project longjevity tactics,** drones, UV light, contractors such as Correction Officers Carol Outlaw performing Unethical human expirments, non consensual expirment medical staff from Uconn, Cheshire CI, and New Haven using DNA pressure to head with drones, V2K, (voice to skull) Microwave harassment, face disfigurement, burning skin, Touchless tourtue, body over heating, shorting of limbs, severe pain, tooth pulling, braiin cloning, face cloning, Gender Swapping, Soft kill robot that show the plaintiiff organs, blurred vision, gas, medical body suit also used for sexual gratification. Body manipulation, cruelty to humanity. Body doubles, recording of dreams, mercury, Giving targeted individuals features such as large nose, wide nose, bull nose, hook on side of nose, wide fore head, darking of the skin, Casting Face, shrnking face changing faces (swapping imaging) shaving ebrows un-voluntary out of body experience, using FMRI study and the hunting game, virtual reality, eye ball stalking. Dream recording, simulated sun that carries a person face to change the apperance of another person. Extra heart beat place person) voice cloning, illegal satellite use. Head trauma causing unexplain smell. Mimicking

Leaping, lacthing, Rape, Cancer, HIV, stalking, electricity, eletrical shocks shredding of hair, program 31, Mkultra program, Securing Platiff pension, life insurance, work environment free from harssment, continued retalitory acts due to the plauntiff religious belief and discovering that the plaintiff Sharone Hubert is a **visionary.  Requesting that the cout provide** Protection for her Son Giovanni Blue  Nia Hubert  husband Etienne Hubert Kiara Hubert, Doris Hubert, Marion Hubert, Mother Priscilla Simmons, Step Father Walter Simmons, Giovanni Daniels, Willie Fred Daniels, Dennis Jones, Darelle Stewart (Brothers) Shiniya Daniels, Alex Daniels  the entire Daniels family , Mcdowell, Peters, Terrell.

 Discovery rights are being abused. The discovery rights is being used to harass stalk intimidate the plaintiff Sharone Hubert, correction officers are using a drone with a light attached along with a eye ball to review legal paperwork, record paperwork, the eyeball has burned the plaintiff skin, hair and give off shocks.

The  Drone  light and the eye resmbles is the plaintiff  Sharone Hubert eye retina cloned to see whatever the plaintiff  Sharone Hubert see. The eye also records,  announce conversations relating to the  plaintiff Sharone Hubert  federal case. As per Rule 26 (c) of Federal Rules  of civil procedure, a party or any person from whom discovery is ought may move the court for a protective order.

The motion must show that the person requesting the order has shown good faith conferred with the other parties in an effort to solve the the dispute. Emails  and letters was sent out relating to the illegal activity announced.  A Affirmative  Action complaint was submitted to the Department Of Correction by the plaintiff asking for help relating to the above harassment. The plaintiff was told to report  all ongoing incidents to the local police.  The  paintiff was placed on adminstrative leave  and forced out of work, after requesting help from the local police, affirmative action, securty division, Department Of Correction Commissioner, Human resource, Department Of Justice, State police, Feds,

 **The plaintiff Sharone Hubert  request  a order of protection to preserve her life, out of fear. Due to the  repeated attempted assasination on her life**



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**CHARGE OF DISCRIMINATION**

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

| | |
|---|---|
| **Personal Information** | First Name: __Sharone__    MI: _____    Last Name: __Hubert__<br><br>Address: __61 Long Hill Terrace__                    Apt.: _____<br><br>City: New Haven          County: _____    State: __CT__    Zip Code: __06515__<br><br>Phone: _____    Home ☐ Work ☐ Cell ☐    Email: __Foxymomma07@yahoo.com__ |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐<br><br>Organization Name: __Department Of Correction__<br><br>Address: __24 Wolcott Hill Rd__                    Suite: _____<br><br>City: __Wethersfield__          State: ____    Zip Code: 06109    Phone: __860-692-6800__ |
| **Why you think you were discriminated against?** | Race ☒    Color ☒    Religion ☐    Sex ☒    National Origin ☐    Age ☒<br><br>Disability ☒ Genetic Information ☒    Retaliation ☒    Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of <u>most recent job action</u> you think was discriminatory: ___3-23-2022___<br>Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).<br><br>On March 23, 2022 I Sharone Hubert was inside my home sleeping whenDepartment Of Correction Staff flew a Aerial drone with a bright light and a recording eyeball tomy redsidence, the eyeball was placed on my my face covering my nose I felt like they were was trying to sufocate me. The compressing to my entire face and head continued until I was able to pull myself up I felt alot of pressure to my entire body. I heard staff talking about my step father calling a Walter simmons calling him a pervert. Rev Walter simmons died that morning. November 11,2021 I informed the Commissioner Of the Department Of Corrections that Department, And Attorney General Colleen Valentine that Department Of Correction Staff was using the strongest UV ray light and had flown the drone with the recording eyeball in my parets house, after seeing the eyeball inside the home and seeing Rev Walter Simmons who 94 holding his head and mom nose |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _Sharone Hubert_                    Date: _12-11-22_ |

CON"T  pg 2

I reported that I feared for my Safety and my parents were seniors. On February 25 and 28 2022, I made a report to the New Haven Police Department Internal affairs After I Discovered that the Department Of Correction Staff was Human trafficking me along with the Community Warch group, I was being gang stalked, followed, and watched by the Department Of Correction Staff who had implemented Drones, electricity, V2k. Robotic and playing the virtual reality game, body hacking. Over 14 million drone strikes to my head and 24 hr recording, including recording of my dreams, rape repeatedly altering my appearance, and aiming for the middle of my head trying to crack my skull, Black face and pulling on my brain blood clots,

On March 22, 2022, two Spanish women driving a green car with a red hat in the window and number 13 drove down my street they appeared to be lost I asked the two women what house were they looking for and was told by the woman  67. I showed them the house the house is next to my house. It's my belief  someone came to kill me and my Stepfather who was 94 , It's my belief the Department Of Correction is connected to program 13,

I've been followed to my dr office my  pap smears were recorded, listening devices were found in exam rooms,

Followed to the Homewood suits, busted in the head causing my mouth to bleed, I reported to the Farmington police that the Department Of Correction had followed me and was shining the light and hits to my body in my room,

I recently made contact with the Department Of Correction and reported that have a part-time Working at Booker T  Washington  School in Hamden CT, Department staff is now at the middle school with an Aerial drone with bright light attached altering my appearance performing black face, busting me in my head, shredding hair latching to my body, body hacking hits to my eyes, v2k the same thing they were doing at Cheshire Correction, Uconn hospital placing the light and eyeball on children.

Its my belief after the filing of a **Federal Lawsuit in June 2022 the illegal retaliation is out of control. I believe due to my race black the color of my skin brown my disability heavy bleeding and my age, I was the first African American female who has reported being droned on duty and off duty, Electronic rape, forced out of work to be the subject of Human Trafficking**



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

| For Official Use Only – Charge Number: |
| --- |

| | |
| --- | --- |
| **Personal Information** | First Name: __Sharone__    MI: _____   Last Name: __Hubert__<br><br>Address: __61 Long Hill Terrace__                    Apt.: _____<br><br>City: __New Haven__         County: _____   State: __CT__  Zip Code: __06515__<br><br>Phone: _____  Home ☐  Work ☐  Cell ☐  Email: __Foxymomma07@yahoo.com__ |
| **Who do you think discriminated against you?** | Employer ☒   Union ☐   Employment Agency ☐   Other Organization ☐<br><br>Organization Name: Department Of Correction<br><br>Address: 24 Wolcott Hill Rd                      Suite: _____<br><br>City: __Wethersfield__      State: ____   Zip Code 06109   Phone: 860-692-6800 |
| **Why you think you were discriminated against?** | Race ☒   Color ☒   Religion ☐   Sex ☒   National Origin ☐   Age ☒<br><br>Disability ☒ Genetic Information ☒  Retaliation ☒  Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of **most recent job action** you think was discriminatory: ___3-23-2022___<br>Also describe briefly **each job action** you think was discriminatory and when it happened (estimate).<br><br>On March 23, 2022 I Sharone Hubert was inside my home sleeping whenDepartment Of Correction Staff flew a Aerial drone with a bright light and a recording eyeball tomy redsidence, the eyeball was placed on my face covering my nose I felt like they were was trying to sufocate me. The compressing to my entire face and head continued until I was able to pull myself up I felt alot of pressure to my entire body. I heard staff talking about my step father calling a Walter simmons calling him a pervert. Rev Walter simmons died that morning. November 11,2021 I informed the Commissioner Of the Department Of Corrections that Department, And Attorney General Colleen Valentine that Department Of Correction Staff was using the strongest UV ray light and had flown the drone with the recording eyeball to my parets house, after seeing the eyeball inside the home and seeing Rev Walter Simmons who 94 holding his head and mom nose |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: _Sharone Hubert_                Date: _12-11-22_ |

CON"T pg 2

I reported that I feared for my Safety and my parents were seniors. On February 25 and 28 2022, I made a report to the New Haven Police Department Internal affairs After I Discovered that the Department Of Correction Staff was Human trafficking me along with the Community Warch group, I was being gang stalked, followed, and watched by the Department Of Correction Staff who had implemented Drones, electricity, V2k. Robotic and playing the virtual reality game, body hacking. Over 14 million drone strikes to my head and 24 hr recording, including recording of my dreams, rape repeatedly altering my appearance, and aiming for the middle of my head trying to crack my skull, Black face and pulling on my brain blood clots,

On March 22, 2022, two Spanish women driving a green car with a red hat in the window and number 13 drove down my street they appeared to be lost I asked the two women what house were they looking for and was told by the woman  67. I showed them the house the house is next to my house. It's my belief  someone came to kill me and my Stepfather who was 94 , It's my belief the Department Of Correction is connected to program 13,

I've been followed to my dr office my  pap smears were recorded, listening devices were found in exam rooms,

Followed to the Homewood suits, busted in the head causing my mouth to bleed, I reported to the Farmington police that the Department Of Correction had followed me and was shining the light and hits to my body in my room,

I recently made contact with the Department Of Correction and reported that have a part-time Working at Booker T  Washington  School in Hamden CT, Department staff is now at the middle school with an Aerial drone with bright light attached altering my appearance performing black face, busting me in my head, shredding hair latching to my body, body hacking hits to my eyes, v2k the same thing they were doing at Cheshire Correction, Uconn hospital placing the light and eyeball on children.

Its my belief after the filing of a <u>Federal Lawsuit in June 2022 the illegal retaliation is out of control. I believe due to my race black the color of my skin brown my disability heavy bleeding and my age, I was the first African American female who has reported being droned on duty and off duty, Electronic rape, forced out of work to be the subject of Human Trafficking</u>