UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SHARONE HUBERT | : | CIVIL ACTION No. 3:23-cv-00563-VAB |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF CORRECTION | : | |
| | : | |
| *Defendant* | : | July 19, 2023 |

## MOTION FOR SECURITY FOR COSTS

Pursuant to Rule 83.3(a) of the Local Rules of Civil Procedure, the Defendant, State of Connecticut, Department of Correction, hereby moves for an order requiring the Plaintiff, Sharone Hubert, to post a bond as security for costs in the amount of five hundred ($500.00) dollars.

DEFENDANT,
DEPARTMENT OF CORRECTION

WILLIAM TONG
ATTORNEY GENERAL

By:  */s/Colleen B. Valentine*
Colleen B. Valentine
Assistant Attorney General
Office of the Attorney General
165 Capitol Avenue, Suite 5000
Hartford, CT  06106
Tel:  (860) 808-5340
Fax.: (860) 808-5383
Federal Bar No. ct28932
Email:  Colleen.Valentine@ct.gov

## **CERTIFICATION**

I hereby certify that on July 19, 2023 a copy of the foregoing Motion for Security for Costs was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, notice of this filing was also sent via first class mail to the pro-se Plaintiff at the following address:

Sharone Hubert
61 Long Hill Terrace
New Haven, CT 06515

By:    /s/Colleen B. Valentine
Colleen B. Valentine
Assistant Attorney General