EMERGENCY NOTICE TO THE COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

**SHARONE HUBERT,**

*Plaintiff,*

**v.**

**DEPT. OF CORRECTION.**

*Defendants.*

FEB 24 2026 PM3:31
FILED-USDC-CT-NEW HAVEN

### CASE NO: 3:23-cv-00563-SVN

### NOTICE OF SUBMISSION OF PHYSICAL FORENSIC EVIDENCE TO THE FBI

The Plaintiff, Sharone Hubert, hereby gives formal notice to the Court and all parties of the following:

1. **FORENSIC SUBMISSION:** On February 24, 2026, the Plaintiff submitted physical forensic evidence (including biological samples and evidence of chemical battery) to the **Federal Bureau of Investigation (FBI)** New Haven Field Office.
2. **MATERIALITY:** This evidence is directly related to the allegations of **18 U.S.C. § 1512 (Witness Tampering)** and ongoing biological battery intended to impede this federal litigation.
3. **REQUEST FOR JUDICIAL NOTICE:** The Plaintiff requests that this Court take judicial notice of the pending criminal analysis. To avoid **Manifest Injustice**, the Plaintiff requests that no final orders be entered until the results of this high-priority forensic analysis are available.
4. **MATERIAL DISPUTE:** Plaintiff further identifies a material dispute regarding the record's closing dates (July 17 vs. July 19, 2024) and the falsification of state records (Troop L) involving family members targeted for retaliation.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed:** *[signature]*

**Sharone Hubert, Lead Plaintiff Date:** February 24, 2026